UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,  )<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>BILL WHORFF, INC., et al.,  )<br>)<br>Defendants  ) | CIVIL NO. 2:10-cv-434-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On September 27, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Judgment Creditor's Motion for Installment Payment Order. The time within which to file objections expired on October 14, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion for installment payment order is **DENIED WITHOUT PREJUDICE**. The creditor is permitted an opportunity to refile its motion with the proviso that it (1) use the correct monthly rental payment amount; (2) either provide evidence of, or estimate, the amount of Quinn's tax payments, and (3) to the extent that it provides an estimate of Quinn's tax payments, explain its rationale for said estimate.

**SO ORDERED.**

**DATED THIS 18TH DAY OF OCTOBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**