# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **AMERICAN CONTRACTORS INDEMNITY COMPANY,** | ) ) ) | |
| **PLAINTIFF** | ) ) | |
| v. | ) ) | **CIVIL NO. 2:10-CV-434-DBH** |
| **BILL WHORFF, INC., ET AL.,** | ) ) ) | |
| **DEFENDANTS** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 11, 2012, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Judgment Creditor's Renewed Motion for Installment Payment Order. The time within which to file objections expired on January 30, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The renewed motion for installment payment order is **DENIED**.

**SO ORDERED.**

**DATED THIS 1ST DAY OF FEBRUARY, 2012**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**